Barnett R. BENJAMIN, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7127.

United States Court of Appeals, Federal Circuit.

March 13, 2013.

Thomas R. Bender, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI, argued for claimant-appellant. Of counsel on the brief was Christopher J. Clay, Disabled American Veterans, of Cold Springs, KY. Of counsel was Zachary Stolz, of Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI.

Elizabeth M. Hosford, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Joshua P. Mayer, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LOURIE, BRYSON, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**